UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.M.E.N., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. C22-5777 RSM <br><br> **ORDER AMENDING SCHEDULING ORDER** |

Based on Defendant's Motion, and given that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 15, 2023, to file a response to Plaintiff's Opening Brief.

- Plaintiff shall have up to and including September 29, 2023 to file the optional Reply Brief.

DATED this 16th day of August, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1