U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| J.M.E.N., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:22-cv-05777-RSM <br><br><br> ORDER FOR EAJA FEES |

Based on the parties' Stipulated Motion for EAJA fees, it is hereby ordered that $2,830.96 in attorney fees shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and delivered to Plaintiff's counsel, David Oliver. However, if the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, David Oliver, based upon Plaintiff's assignment of these amounts to him.

DATED this 2nd day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES -
Page 1 - [3:22-cv-05777-RSM]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov

ORDER FOR EAJA FEES -
Page 2 - [3:22-cv-05777-RSM]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494